IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        No. CV-05-1293 JC/DJS
                                                            CR-04-1101 JC

NESTOR DANIEL ORTEGA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

       This matter comes before the Court on Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 52) filed December 12, 2005.  *See* 28 U.S.C. § 2255 R. 4(b).  Defendant pled guilty to a superseding indictment charging drug violations under 28 U.S.C. §§ 846, 841(a)(1)-(b)(1)(A).  On December 15, 2004, the Court entered judgment on Defendant's conviction, and he did not appeal his conviction or sentence.  Defendant claims that his sentence is illegal under the Supreme Court's decision in *United States v. Booker*, --- U.S. ---, 125 S. Ct. 738 (2005).

       Defendant's allegations of illegal sentence do not support his § 2255 claim.  The *Booker* ruling provides no basis for collateral review of a criminal conviction or sentence.  *See United States v. Bellamy*, 411 F.3d 1182, 1188 (10th Cir. 2005); *United States v. Price*, 400 F.3d 844, 849 (10th Cir. 2005).  By its express terms, the decision in *Booker* applies only to pending cases and those on direct review.  *See Booker*, --- U.S. at ---, 125 S. Ct. at 769; *Bellamy*, 411 F.3d at 1186.  Defendant is not entitled to relief under this decision, and his § 2255 motion will be dismissed.

       IT IS THEREFORE ORDERED that Defendant's motion to vacate, set aside, or correct

sentence under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 52) filed December 12, 2005, is DISMISSED with prejudice; and, pursuant to Fed. R. Civ. P. 58(a)(2)(A)(iii), *United States v. Sam*, No. 02-2307, 2003 WL 21702490, at *1 (10th Cir. July 23, 2003), judgment will be entered.

_____
SENIOR UNITED STATES DISTRICT JUDGE